UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL FRITAS | : CASE NO. 3:06 CV 01897 (JCH) |
| PLAINTIFF | : |
| VS | : |
| BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC & FORD MOTOR COMPANY | : |
| DEFENDANTS | : JANUARY 2, 2008 |

MOTION TO EXTEND TIME FOR ENTRY
OF ORDER OF DISMISSAL WITH PREJUDICE

The plaintiff moves the Court for an extension of time to January 18, 2008 for the Court's Order Dismissing this case with prejudice to take effect.

The parties are in the process of concluding the settlement of the case. Due to various factors the releases have not been executed and returned to the defendants. However, the releases will be executed and returned to the defendants this week and then the plaintiff expects payment soon thereafter.

Neither defendant has an objection to the granting of this Motion.

Plaintiff,

By_____
David E. Kamins
430 Tolland Street
East Hartford, CT 06108
Juris no. 00038
Ph. 860-883-4461
Fax: 8670-289-3008

ORDER

After a hearing the plaintiff's Motion is hereby GRANTED / DENIED.

Court (                              ,j.)


By_____
  Clerk / Ass't Clerk / Judge



CERTIFICATION OF SERVICE

This certifies that on January 2, 2008, a copy of the foregoing was sent to the following attorneys of record by electronic means: (1) attorney Michele I. Schaeffer one Constitution Plaza, third floor Boston, MA 02129; (2) Matthew Feigenbaum, Esq. Cohn Birnbaum & Shea 830 Post Road East Westport, CT 06880


_____